## WHITING v. M'DONALD.

A special action of *indebitatus assumpsit* lies for public securities, which are mortgaged.

ACTION of the case, declaring that on the 3d day of April A. D. 1787 he was indebted to the defendant £75 lawful money by note on interest, and to secure the payment of said note he delivered to the defendant three continental loan-office certificates, particularly described in the declaration, and worth £400 lawful money, for the defendant to hold and to redeliver to the plaintiff, upon his paying said note of £75; that on the 10th of October A. D. 1790, he tendered to the defendant £93 lawful money in payment of said note, which was in full of the sum due thereon with the interest, and demanded of the defendant said loan-office certificates, and the defendant refused to accept said £93 tendered, or to deliver up said certificates, and said money hath ever since been ready for the defendant; and that the defendant thereupon became liable to pay for said certificates what the same were reasonably worth, on the 12th of October A. D. 1790; and being so liable and indebted as aforesaid, he assumed and promised to pay to the plaintiff what said certificates were reasonably worth, which was not less than £400 lawful money; and that the defendant had never performed his promise, damage £400.

Plea — *Nonassumpsit.* Issue to the jury. The jury found that the defendant did assume and promise, and for the plaintiff to recover the value of the certificates, on the 12th of October when said tender was made.

Motion in arrest — That the plaintiff's declaration was insufficient.

Judgment — That the declaration is sufficient, and for the plaintiff to recover. June, A. D. 1794, affirmed in Supreme Court of Errors.